# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL K. SHAW,<br><br>      Petitioner,<br><br>      v.<br><br>J. SOTO, Warden,<br><br>      Respondent. | Case No. CV 15-591 DMG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: March 2, 2017

                                                _____
                                                DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE